THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Timeshia
 Weaver, Appellant.
 
 
 

Appeal From York County
Michael G. Nettles, Circuit Court Judge
Unpublished Opinion No. 2009-UP-467
Submitted October 1, 2009  Filed October
 12, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Timeshia
 Weaver appeals the revocation of her
 probation, arguing the circuit court erred: (1) in revoking probation based on
 the non-judicially imposed condition that she must attend and complete
 substance abuse counseling; and (2) in failing to make a finding her probation
 violations were willful.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved. [1] 
APPEAL DISMISSED.
HUFF,
 THOMAS, and PIEPER, JJ., concur.           

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.